IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          CASE NO.: 4:06-CR-020-SPM

**CHRISTOPHER TROUPE,**

    **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes *sua sponte* before the Court, which finds that the sentencing of defendant Christopher Troupe should be continued to the next available docket. Thus, it is

**ORDERED AND ADJUDGED** that sentencing is reset for **Monday, October 16, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>nineteenth</u> day of September, 2006.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge