**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                               CASE NO.: 4:06cr20-SPM

CHRISTOPHER TROUPE,

      Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

      This cause comes before the Court on Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 182). The Government has filed a response in opposition (doc. 188).

      Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant's offense involved 440 grams of cocaine base and 2 kilograms of powder cocaine, which converts to 3,348 kilograms of marijuana equivalent and corresponds to a base offense level of 34 under the both old drug quantity table and the amended drug quantity table. Defendant's sentence is driven more by the weight of the power cocaine than the weight of the cocaine base. Because Defendant's sentencing range remains the same

after the application of the amendment, he is not eligible for a reduction.

Accordingly, it is hereby ORDERED AND ADJUDGED that the request for a sentence reduction (doc. 182) is *denied*.

DONE AND ORDERED this eighth day of April, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge